UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 23-10574-RGS

MICHAEL JACOB,

v.

JOSEPH YOUNG (ROY WEB TAX)

ORDER

March 15, 2023

STEARNS, D.J.

This action is DISMISSED without prejudice for lack of subject matter jurisdiction. "It is black-letter law that a federal court has an obligation to inquire *sua sponte* into its own subject matter jurisdiction." *McCulloch v. Velez*, 364 F.3d 1, 5 (1st Cir. 2004); *see* Fed. R. Civ. P. 12(h)(3) ("If the court determines at any time that it lacks subject matter jurisdiction, the court must dismiss the case."). A review of plaintiff Michael Jacob's complaint reveals no federal question against the defendants because the claims do not arise "under the Constitution, laws, or treaties of the United States." 28 U.S.C. §1331. Rather, this action broadly appears to concern a state-law claim by Jacob against his accountant for failure to turn over a federal tax refund. Diversity

jurisdiction under 28 U.S.C. § 1332 is neither alleged, nor apparent on the face of the complaint.  The action is therefore dismissed without prejudice to being brought in a court of competent jurisdiction, such as the courts of the Commonwealth of Massachusetts.  The motion to proceed in forma pauperis, Dkt. No. 2, is DENIED as moot.  No filing fee is assessed.

                SO ORDERED.

                 /s/ Richard G. Stearns
                UNITED STATES DISTRICT JUDGE